Docusign Envelope ID: BB1DD5DA-F436-81E2-80EB-AB51908994AE


Brandon J. Tittle
Texas Bar No. 24090436
Manolo R. Santiago
Texas Bar No. 24129258
**TITTLE SANTIAGO, PLLC**
1125 Legacy Dr., Ste. 230
Frisco, Texas 75034
Telephone: 972.213.2316
Email: btittle@tittlesantiago.com
Email: msantiago@tittlesantiago.com

**COUNSEL FOR PETITIONING CREDITORS**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 26-33254** |
| **GREEN SAPPHIRE HOLDINGS INC.,** | § | |
| | § | **Chapter 11** |
| **Alleged Debtor.** | § | |

**LAZAREFF LE BARS LEGAL ADVISORY LIMITED (ADGM)'S JOINDER IN INVOLUNTARY CHAPTER 11 PETITION PURSUANT TO 11 U.S.C. § 303(c)**

**TO THE HONORABLE MICHELLE V. LARSON**
**UNITED STATES BANKRUPTCY JUDGE:**

Lazareff Le Bars Legal Advisory Limited (ADGM) (the "Joining Creditor"), by and through undersigned counsel, files this Joinder in the Involuntary Petition pursuant to 11 U.S.C. § 303(c), and respectfully states as follows:

1. On July 21, 2026, lecocqassociate, Legamaro Banipal LLP, and Charles-Hubert Vanoverberghe filed an Involuntary Petition Against a Non-Individual against Green Sapphire Holdings, Inc. ("Green Sapphire") [Dkt. No. 1] (the "Involuntary Petition"). This case is pending under Chapter 11 of the Bankruptcy Code.

2. As of the filing of this Joinder, this case has not been dismissed and no order for relief has been entered.

3. Section 303(c) of the Bankruptcy Code permits a creditor holding an unsecured claim that is not contingent to join an involuntary petition at any time before dismissal or entry of an order for relief, with the same effect as if the joining creditor had been an original petitioner.

4. The Joining Creditor is an entity organized under the Abu Dhabi Global Market in the United Arab Emirates. Its principal office and mailing address is Al Maryah Island, ADGM Square, Al Maqam Tower, 34th Floor, Abu Dhabi, United Arab Emirates.

5. Green Sapphire retained the Joining Creditor to provide legal, strategic, and litigation-related services to Green Sapphire, including services relating to *Wolfe, et al. v. Looper, et al.*, Case No. 1:24-cv-01538 (N.D. Ill.), and related matters. Green Sapphire accepted the services and received the benefit of them.

6. As of July 21, 2026, and continuing through the date of this Joinder, Green Sapphire owed the Joining Creditor an unpaid claim in the amount of $628,800 for legal fees and related expenses.

7. The Joining Creditor's claim is unsecured, is not contingent as to liability, and is not the subject of a bona fide dispute as to liability or amount. No lien on property of Green Sapphire secures the claim.

8. The Joining Creditor is the original holder of the claim. It did not acquire or receive a transfer of the claim for the purpose of commencing or joining this involuntary case.

9. The Joining Creditor independently determined that joining this case is in its own economic interest as an unpaid creditor. It seeks to preserve and maximize recovery on its claim through a collective Chapter 11 process and to avoid the risk that creditor-specific enforcement or a receivership directed principally toward satisfaction of Global Capital Partners, LLC's judgment will impair assets otherwise available to satisfy the claims of Green Sapphire's other creditors.

10. The Joining Creditor is not acting as Green Sapphire's agent, nominee, or instrumentality. Green Sapphire and its owners, directors, officers, affiliates, and counsel do not control the Joining Creditor's decisions in this case. The Joining Creditor has not been paid or promised payment, reimbursement, indemnification, preferential treatment, or other consideration in exchange for joining the Involuntary Petition.

11. The Joining Creditor is aware of the pending motion to dismiss and the allegations directed at the original petitioning creditors. The Joining Creditor nevertheless voluntarily joins based on its own unpaid claim and independent business judgment and is prepared to produce relevant documents, participate in discovery, and provide testimony concerning its claim and decision to join.

12. The Joining Creditor joins in the Involuntary Petition and expressly requests that an order for relief be entered against Green Sapphire under Chapter 11. To eliminate any possible ambiguity, the Joining Creditor does not request relief under Chapter 7.

13. Under 11 U.S.C. § 303(c), this Joinder has the same effect as if the Joining Creditor were a petitioning creditor under 11 U.S.C. § 303(b).

WHEREFORE, Lazareff Le Bars Legal Advisory Limited (ADGM) respectfully requests that the Court recognize its joinder in the Involuntary Petition, treat it as a petitioning creditor under 11 U.S.C. § 303(b), enter an order for relief under Chapter 11 after determination of the pending contested matters, and grant such other and further relief as the Court deems just and proper.

Dated: August 15, 2026.

Respectfully submitted,

**TITTLE SANTIAGO, PLLC**

<u>*/s/ Brandon J. Tittle*</u>
Brandon J. Tittle
Texas Bar No. 24090436
Manolo R. Santiago
Texas Bar No. 24129258
1125 Legacy Dr., Ste. 230
Frisco, Texas 75034
Telephone: 972.213.2316
Email: btittle@tittlesantiango.com
Email: msantiago@tittlesantiago.com

**COUNSEL FOR**
**PETITIONING CREDITOR**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 26-33254** |
| **GREEN SAPPHIRE HOLDINGS INC.,** | § | |
| | § | **Chapter 11** |
| **Alleged Debtor.** | § | |

**DECLARATION OF J. MICHAEL MCNUTT IN SUPPORT OF JOINDER**

I, J. Michael McNutt, declare as follows:

1. I am the Managing Partner and an authorized representative of Lazareff Le Bars Legal Advisory Limited (ADGM). I have authority to execute this Declaration and authorize the Joining Creditor's participation in this case.

2. I have personal knowledge of the matters stated here or have reviewed the Joining Creditor's books and records concerning those matters.

3. Green Sapphire retained the Joining Creditor to provide legal, strategic, and litigation-related services to Green Sapphire, including services relating to *Wolfe, et al. v. Looper, et al.*, Case No. 1:24-cv-01538 (N.D. Ill.), and related matters. The Joining Creditor performed those services. After applying all payments and credits reflected in its records, Green Sapphire owed the Joining Creditor $628,800 as of July 21, 2026, and that amount remains unpaid.

4. The claim is unsecured, is not contingent as to liability, and is not the subject of a bona fide dispute as to liability or amount. Green Sapphire has not communicated a good-faith objection to the claim.

5. The Joining Creditor is the original holder of the claim and did not acquire or receive a transfer of the claim for the purpose of commencing or joining this involuntary case.

6. The Joining Creditor independently decided to join this case to protect and seek payment of its own claim through a collective Chapter 11 process. Its decision was based on concern that creditor-specific enforcement or a receivership focused on Global Capital Partners, LLC's judgment could materially impair its recovery.

7. Neither Green Sapphire nor any owner, director, officer, affiliate, counsel, or other person acting for Green Sapphire controls the Joining Creditor's decisions in this case. No such person has paid or promised payment, reimbursement, indemnification, preferential treatment, or other consideration in exchange for the joinder.

8. I understand that the Joining Creditor will be treated as a petitioning creditor, may be required to respond to discovery and appear at hearings, and may be subject to the rights and

potential remedies provided by 11 U.S.C. § 303. The Joining Creditor voluntarily authorizes this Joinder and expressly requests entry of an order for relief under Chapter 11, not Chapter 7.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DocuSigned by:
2DE563ABA8324EF...

Executed on August 15, 2026.

J. Michael McNutt

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 26-33254** |
| **GREEN SAPPHIRE HOLDINGS INC.,** | § | |
| | § | **Chapter 11** |
| **Alleged Debtor.** | § | |

## CERTIFICATE OF SERVICE

I certify that on August 15, 2026, a true and correct copy of the foregoing Joinder, Declaration, and Corporate Ownership Statement was served through the Court's CM/ECF system on all parties registered to receive electronic notice in this case and was served by via First Class mail on any party entitled to service who does not receive CM/ECF notice.

*/s/ Brandon J. Tittle*
Brandon J. Tittle