Brandon J. Tittle
Texas Bar No. 24090436
Manolo R. Santiago
Texas Bar No. 24129258
**TITTLE SANTIAGO, PLLC**
1125 Legacy Dr., Ste. 230
Frisco, Texas 75034
Telephone: 972.213.2316
Email: btittle@tittlesantiago.com
Email: msantiago@tittlesantiago.com

**COUNSEL FOR PETITIONING CREDITORS**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 26-33254** |
| **GREEN SAPPHIRE HOLDINGS INC.,** | § | |
| | § | **Chapter 11** |
| **Alleged Debtor.** | § | |

# APPLICATION FOR ORDER SHORTENING TIME AND EXPEDITED HEARING ON PETITIONING CREDITORS' EMERGENCY MOTION TO DETERMINE AND ENFORCE THE AUTOMATIC STAY

**EMERGENCY RELIEF HAS BEEN REQUESTED. THE PETITIONING CREDITORS REQUEST A HEARING AND RELIEF BEFORE THE SEPTEMBER 1, 2026 HEARING NOTICED IN THE NORTHERN DISTRICT OF ILLINOIS. ANY OBJECTION SHOULD BE FILED AND SERVED IMMEDIATELY AND RAISED AT THE EMERGENCY HEARING SET BY THIS COURT.**

**TO THE HONORABLE MICHELLE V. LARSON,**
**UNITED STATES BANKRUPTCY JUDGE:**

1. Petitioning creditors lecocqassociate, Legamaro Banipal LLP, Charles-Hubert Vanoverberghe, Lazareff Le Bars Legal Advisory Limited (ADGM), and Lazareff Le Bars SARL request an order shortening time and an expedited hearing on their Emergency Motion to Determine and Enforce the Automatic Stay Against Global Capital Partners, LLC (the "Emergency Motion").

2. The requested setting is a genuine emergency. Global noticed its Chicago Motion for September 1, 2026, at 1:00 p.m. The Chicago Motion seeks enforcement of a prepetition order, a contempt show-cause order against Green Sapphire, fees and costs, and factual findings concerning the Petitioning Creditors and their counsel. Unless this Court acts before September 1, Global may obtain overlapping relief before this Court's discovery and evidentiary schedule is completed.

3. Ordinary notice is inadequate because: (a) the discovery responses and productions bearing on creditor independence, funding, control, and alleged transfers are due September 4; (b) live testimony on those issues is set before this Court on September 14; (c) Global did not directly serve or provide advance notice of the Chicago filing or setting to the Petitioning Creditors or undersigned Dallas counsel; and (d) Global has not requested relief from the automatic stay.

4. Judge Larson's procedures require an application for an order shortening time before an expedited hearing will be set. The Petitioning Creditors request the earliest available hearing before September 1, 2026, estimate that the hearing will require 45 minutes in total, and are prepared to appear in person or by WebEx as the Court directs.

5. The Petitioning Creditors will immediately serve the Emergency Motion, this Application, supporting declaration, and any notice of hearing through CM/ECF and by direct email and Rule 7004 service on Global, Access, Green Sapphire, the United States Trustee, and all affected parties.

6. The Petitioning Creditors therefore request that the Court shorten the applicable notice period and set the Emergency Motion for hearing as soon as practicable and before the September 1 Chicago presentment.

Dated: August 24, 2026.

Respectfully submitted,

**TITTLE SANTIAGO, PLLC**

*/s/ Brandon J. Tittle*
Brandon J. Tittle
Texas Bar No. 24090436
Manolo R. Santiago
Texas Bar No. 24129258
1125 Legacy Dr., Ste. 230
Frisco, Texas 75034
Telephone: 972.213.2316
Email: btittle@tittlesantiango.com
Email: msantiago@tittlesantiago.com

**COUNSEL FOR**
**PETITIONING CREDITORS**

**CERTIFICATE OF CONFERENCE**

On August 24, 2026, undersigned counsel conferred by email with counsel for Global Capital Partners, LLC, Access Management, S.A.S., Inc. and Green Sapphire Holdings Inc. regarding the relief requested. Global has not responded and Green Sapphire supports the position.

*/s/ Brandon J. Tittle*
Brandon J. Tittle

**CERTIFICATE OF SERVICE**

I certify that on August 24, 2026, a true and correct copy of this Emergency Motion, the Application for Expedited Hearing, and all supporting materials was served through the Court's CM/ECF system on all registered users and was also served in the manner required by Federal Rules of Bankruptcy Procedure 9014 and 7004 on Global Capital Partners, LLC, Access Management, S.A.S., Inc., Green Sapphire Holdings Inc., the Office of the United States Trustee, and all other affected non-ECF parties at their proper service addresses and in their proper Rule 7004 capacities. A courtesy copy was sent by email to all counsel of record, including counsel who filed the Chicago Motion.

*/s/ Brandon J. Tittle*
Brandon J. Tittle