**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| GREEN SAPPHIRE HOLDINGS, INC., | § | Case No. 26-33254-mvl11 |
| | § | |
| TERRA CARTA PARTNERS LLC, | § | Case No. 26-34767-11 |
| | § | |
| HIGH RIDGE DEVELOPMENT LLC, | § | Case No. 26-34770-11 |
| | § | |
| HIGH RIDGE DEVELOPMENT II LLC, | § | Case No. 26-34772-11 |
| | § | |
| HIGH RIDGE DEVELOPMENT III LLC, | § | Case No. 26-34771-11 |
| | § | |
| Debtors. | § | (Joint Administration Requested) |

**DEBTORS' MOTION FOR JOINT ADMINISTRATION**

Green Sapphire Holdings, Inc. ("GSH"), Terra Carta Partners LLC ("Terra Carta"), High Ridge Development LLC ("HRD I"), High Ridge Development II LLC ("HRD II") and High Ridge Development III LLC ("HRD III," and with Terra Carta, HRD I and HRD II, the "Affiliate Debtors," and all five together, the "Debtors") move under Bankruptcy Rule 1015(b)(1)(D) and Local Bankruptcy Rule 1015-1(a) for entry of an order, substantially in the form attached as Exhibit A, directing joint administration of their chapter 11 cases for procedural purposes only, with Case No. 26-33254-mvl11 as the lead case. This Motion is filed in each of the five cases. In support, the Debtors state:

**Jurisdiction**

1. The Court has jurisdiction under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A). Venue is proper under 28 U.S.C. §§ 1408 and 1409.

## Background

2. GSH's case was commenced by involuntary petition on July 21, 2026, and the order for relief was entered on September 28, 2026. On October 16, 2026, each Affiliate Debtor filed a voluntary chapter 11 petition in this Court, disclosing GSH's pending case in answer to question 10 of Official Form 201. Each Debtor manages its property as debtor in possession. No trustee, examiner or committee has been appointed.

3. Each Affiliate Debtor is an affiliate of GSH under 11 U.S.C. § 101(2)(B), which reaches any entity 20% or more of whose voting interests are directly or indirectly owned, controlled or held with power to vote by the debtor, or by an entity that directly or indirectly owns 20% or more of the debtor's voting securities. The ownership chain, from the entity records, is:

(a) GSH is a Delaware corporation. NorthSea, LLC, as trustee of the Petro Carta Trust, owns 100% of its stock.

(b) Terra Carta is a Delaware limited liability company formed October 28, 2019 (Delaware file no. 7675339). GSH is its sole member and owns 100% of its membership interests. Its Manager is TCP MGR LLC, a Delaware limited liability company wholly owned by GSH.

(c) HRD III is a Delaware limited liability company formed October 21, 2021 (Delaware file no. 6327056). Terra Carta is its sole member and owns 100% of its membership interests, so GSH indirectly owns 100% of HRD III. Its Manager is TCP MGR LLC.

(d) HRD I is a Delaware limited liability company formed December 8, 2020 (Delaware file no. 4377675), member-managed by its sole member, HRD

Holdings LLC, which owns 100% of its membership interests. Terra Carta is the Manager and a member of HRD Holdings LLC and holds the power to vote HRD Holdings LLC's 100% interest in HRD I, so 100% of HRD I's voting interests are controlled and held with power to vote, indirectly, by GSH.

(e) HRD II is a Delaware limited liability company formed April 30, 2021 (Delaware file no. 5885691). Its sole member, PCT Texas Properties LLC, owns 100% of its membership interests and is owned by the Petro Carta Trust, which also owns 100% of GSH. HRD II is therefore owned by an entity that owns 100% of GSH. Its Manager is TCP MGR LLC.

4. All four Affiliate Debtors are managed from GSH's office at 3500 Oak Lawn Avenue, Suite 460, Dallas, Texas 75219. HRD I, HRD II and HRD III are the record owners of three adjoining tracts in Cedar Park, Williamson County, Texas, and the Debtors' principal claims arise from the same January 2024 transfer of that land.

**Relief Requested and Basis**

5. Bankruptcy Rule 1015(b)(1)(D) permits the Court to order joint administration of the estates when petitions are pending in the same court by a debtor and an affiliate. Under Local Bankruptcy Rule 1015-1(a), a motion for joint administration is assigned for determination to the judge presiding over the first related case filed in this district, regardless of the division in which the case is filed. GSH's case, No. 26-33254-mvl11, filed July 21, 2026, is the first related case, so this Motion is assigned to Judge Larson whichever judge the Affiliate Debtors' cases are drawn to.

6. Joint administration will avoid duplicate dockets, notices, hearings and orders in five cases that share management, counterparties and claims, and will reduce cost to every estate.

The relief requested is procedural only. It does not substantively consolidate the estates, pool any assets or liabilities, or change any creditor's claim against any single estate.

7. The Debtors request entry of the proposed order, which follows the Court's form order BTXN 069. It designates Case No. 26-33254-mvl11 as the lead case; sets the caption "In re Green Sapphire Holdings, Inc., et al., Jointly Administered under Case No. 26-33254-mvl11"; directs one docket in the lead case and a separate claims register for each Debtor; and directs the Clerk to transfer any Affiliate Debtor's case assigned to another judge to the Honorable Michelle V. Larson for administration under the lead case.

8. Joint administration is not among the matters that must be set for hearing under Local Bankruptcy Rule 9007-1(h). The Debtors are filing a motion for expedited hearing with this Motion, requesting that it be heard with the first-day matters.

**Notice**

9. Under Local Bankruptcy Rule 9007-1(b), notice of this Motion has been given to each Debtor; the holders of the twenty largest unsecured claims against each Debtor; the Office of the United States Trustee for Region 6; and all parties who have requested notice in Case No. 26-33254-mvl11, including Global Capital Partners, LLC and Dentons. No committee has been appointed. The Debtors submit that no further notice is required.

WHEREFORE, the Debtors request that the Court enter the proposed order directing joint administration of their chapter 11 cases and grant such other relief as is just.

Dated: October 16, 2026

Respectfully submitted,

AKERMAN LLP
By: /s/ David William Parham
David William Parham
Texas Bar No. 15459500
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 720-4300
Email: david.parham@akerman.com

-and-

LAW OFFICES OF MANGANELLI,
LEIDER & SAVIO, P.A.
By: /s/ Christian Savio
Christian Savio, Esq.
Florida Bar No. 84649
1900 N.W. Corporate Blvd., Ste. 200W
Boca Raton, FL 33431
Telephone: (561) 826-1740
Facsimile: (561) 826-1741
Email: CSavio@mls-pa.com

Proposed Co-Lead Counsel for the Debtors
and Debtors in Possession

**CERTIFICATE OF CONFERENCE**

I certify that on October 16, 2026, counsel for the Debtors contacted the Office of the United States Trustee by email regarding the relief requested in this Motion. Given the timing of the filing, no response was received before this Motion was filed. The Debtors will supplement this certificate upon receiving a response from the United States Trustee.

/s/ Christian Savio
Christian Savio

**CERTIFICATE OF SERVICE**

I certify that on October 16, 2026, a true and correct copy of this Motion and its exhibit was served electronically through the Court's ECF system on all parties registered to receive electronic notice in each of the Debtors' cases, including Global Capital Partners, LLC and Dentons, and by first class United States mail, postage prepaid, on each Debtor; the Office of the United States Trustee, 1100 Commerce Street, Room 976, Dallas, Texas 75242; and the holders of the twenty largest unsecured claims against each Debtor, at the addresses listed on each Debtor's Official Form 204.

/s/ David William Parham
David William Parham

# EXHIBIT A

Proposed Order Directing Joint Administration

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| GREEN SAPPHIRE HOLDINGS, INC., | § | Case No. 26-33254-mvl11 |
| | § | |
| TERRA CARTA PARTNERS LLC, | § | Case No. 26-34767-11 |
| | § | |
| HIGH RIDGE DEVELOPMENT LLC, | § | Case No. 26-34770-11 |
| | § | |
| HIGH RIDGE DEVELOPMENT II LLC, | § | Case No. 26-34772-11 |
| | § | |
| HIGH RIDGE DEVELOPMENT III LLC, | § | Case No. 26-34771-11 |
| | § | |
| Debtors. | § | (Jointly Administered Under Case No. 26-33254-mvl11) |

**ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES**

Upon the Debtors' Motion for Joint Administration (the "Motion"), the Court finds that it has jurisdiction under 28 U.S.C. §§ 1334 and 157; that this is a core proceeding under 28 U.S.C. § 157(b)(2)(A); that each of Terra Carta Partners LLC, High Ridge Development LLC, High

Ridge Development II LLC and High Ridge Development III LLC is an affiliate of Green Sapphire Holdings, Inc. within 11 U.S.C. § 101(2); that all parties in interest were provided adequate notice and opportunity for hearing; that joint administration of these cases is proper under Bankruptcy Rule 1015(b)(1)(D) and Local Bankruptcy Rule 1015-1(a) and will serve judicial economy; and that the relief granted is in the best interests of the estates and does not prejudice any party in interest. It is therefore ORDERED that:

1. The Motion is GRANTED.

2. The chapter 11 cases of Green Sapphire Holdings, Inc. (Case No. 26-33254-mvl11), Terra Carta Partners LLC (Case No. 26-34767-11), High Ridge Development LLC (Case No. 26-34770-11), High Ridge Development II LLC (Case No. 26-34772-11) and High Ridge Development III LLC (Case No. 26-34771-11) are jointly administered for procedural purposes only. Case No. 26-33254-mvl11 is the lead case (the "Lead Case").

3. Joint administration is procedural only. Nothing in this Order substantively consolidates the Debtors' estates, pools any assets or liabilities of the Debtors, or changes any creditor's claim against any single estate.

4. The Clerk shall maintain one docket for the jointly administered cases in the Lead Case and a separate claims register for each Debtor.

5. All pleadings and other papers shall be filed in the Lead Case, except that (a) proofs of claim shall be filed in the case of the Debtor against which the claim is asserted, and (b) lists, schedules, statements and monthly operating reports shall be filed in the case of the Debtor to which they relate.

6. All papers filed in the Lead Case shall bear the caption attached to this Order as Exhibit 1.

7. Any pleading filed in a case other than the Lead Case before entry of this Order that has not been ruled on shall be refiled in the Lead Case within three business days after entry of this Order, set for hearing before the judge presiding over the Lead Case, and noticed.

8. Any of the cases listed in paragraph 2 that is assigned to a judge other than the Honorable Michelle V. Larson is transferred to the Honorable Michelle V. Larson, and the Clerk shall administer it under the Lead Case.

9. The Clerk shall file a copy of this Order in the Lead Case and in each of the other cases listed in paragraph 2.

10. Counsel for the Debtors shall serve this Order on the United States Trustee, all creditors, and all parties who have filed a notice of appearance, file a certificate of service, and file a master service list in the Lead Case in the form required by Local Bankruptcy Rule 1007-1.

**# # # END OF ORDER # # #**

Order submitted by:
AKERMAN LLP
/s/ David William Parham
David William Parham
Texas Bar No. 15459500
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 720-4300
Email: david.parham@akerman.com

-and-

LAW OFFICES OF MANGANELLI,
LEIDER & SAVIO, P.A.
/s/ Christian Savio
Christian Savio, Esq.
Florida Bar No. 84649
1900 N.W. Corporate Blvd., Ste. 200W
Boca Raton, FL 33431

Telephone: (561) 826-1740
Facsimile: (561) 826-1741
Email: CSavio@mls-pa.com

Proposed Co-Lead Counsel for the Debtors
and Debtors in Possession

**EXHIBIT 1**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| GREEN SAPPHIRE HOLDINGS, INC., et al., | § | |
| | § | |
| Debtors. | § | Jointly Administered under<br>Case No. 26-33254-mvl11 |

The Debtors in these jointly administered cases are: Green Sapphire Holdings, Inc. (Case No. 26-33254-mvl11); Terra Carta Partners LLC (Case No. 26-34767-11); High Ridge Development LLC (Case No. 26-34770-11); High Ridge Development II LLC (Case No. 26-34772-11); and High Ridge Development III LLC (Case No. 26-34771-11). The Debtors' mailing address is 3500 Oak Lawn Avenue, Suite 460, Dallas, Texas 75219.

60 Degrees Group SEZC Ltd c/o TTA Corp
Harbour Place, 2nd Fl., PO Box 472
103 S Church St., George Town
Grand Cayman KY1-1106
Cayman Islands

Access Management, S.A.S Inc
c/o Cayman Mgt. Ltd., Governors Square
2nd Flr., 23 Lime Tree Bay Ave.
PO Box 1569, Grand Cayman KY 1110
Cayman Islands

Adelman & Gettleman Ltd
Attn: Steven B Chaiken
53 W Jackson Blvd., Suite 1050
Chicago, IL 60604-3786

Ag & Business Legal Strategies
Attn: Matthew Robert Higgins
1350 Boyson Rd., Suite B
Hiawatha, IA 52233

Akerman LLP
Attn: Andrew Dupre
222 Delaware Avenue, Suite 17710
Wilmington, DE 19801

Alpha Carta Ltd., c/o TTA Corp Services
Harbour Place, 2nd Fl., PO Box 472
103 S Church St., George Town
Grand Cayman KY1-1106
Grand Cayman

Anthony J Peraica & Associates Ltd
5130 S Archer Avenue
Chicago, IL 60632

Atmos Saint-Barth
Attn: Paul Cottin
Les Galeries du Commerce
BP-1379, Saint-Jean 97133
Saint Barthelemy

Avocat Lecocqassociate
Avenue de la Gare-des-Eaux-Vives 28
CH-1208 Geneva
Switzerland

Brandon J Tittle
Tittle Santiago, PLLC
1125 Legacy Dr., Ste 230
Frisco, TX 75034

Charles-Hubert Vanoverberghe
9 rue Boissy d'Anglas
75008 Paris, France

Citrin Cooperman
123 N Wacker Dr.
Suite 1400
Chicago, IL 60606

Delaware Division of Revenue
Attn: Bankruptcy Administrator
Carvel State Building
820 N French St., 8th Floor
Wilmington, DE 19801

Department of Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Dominion Bank
17304 Preston Rd.
Suite 1100
Dallas, TX 75252

Franchise Tax Board
Bankruptcy Section, MS: A-340
PO Box 2952
Sacramento, CA 95812

Global Capital Partners LLC
c/o Cayman Mgt Ltd., Governors Square
2nd Fl., 23 Lime Tree Bay Ave.
PO Box 1569 Grand Cayman KY-1110
Cayman Islands

Halloran, Farkas & Kittila LLP
552 Kennet Pike
Wilmington, DE 19807

Innovative Driven
f/k/a DLS Discovery
PO Box 780154
Philadelphia, PA 19178-0154

J Michael McNutt
Lazareff Le Bars Sarl
10 Place Bendome, 2nd Floor
75001 Paris, France

Jeffrey L Widman
Fox Rothschild LLP
321 N Clark St.,16th Floor
Chicago, IL 60654

Lazareff Le Bars Legal Advisory Ltd (ADG
A1 Maryah Island, ADGM Square
Al Maqam Tower, 34th Floor
Abu Dhabi, United Arab Emirates

Lazareff Le Bars Sarl
Attn: Benoit Le Bars, Managing Partner
10 Place Vendome, 2nd Floor
75001 Paris, France

Legamaro Banipal LLP
Attn: Michael Legamaro
123 Wacker Dr., Ste 1400
Chicago, IL 60606

Mark Matthews & David Holden
Apollo House East, 4th Flr
87 Mary Street
Grand Cayman KY1, 1107, Cayman Islands

Michael Legamaro
123 Wacker Dr., Ste 1400
Chicago, IL 60606

Modestas Law Office PC
Attn: Saulius Modestas
401 S Frontage Rd, Suite C
Willowbrook, IL 60527

Paul Cheysson
15 rue de Laborde
97133 Paris, France

RECT LLC
PO Box 140
Wheaton, IL 60187

Regus
3500 Oak Lawn Avenu
Suite 480
Dallas, TX 75219

Robert E Richards
Dentons US LLP
233 South Wacker Dr., Ste 5900
Chicago, IL 60606

Ryan Cicoski
2167 Pikeland Road
Malvern, PA 19355

Yorkville Investment I LLC
12835 Summerhouse Dr
Plainfield, IL 60585